*Jr.,* Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.

M. P. No. 1940. NICHOLAS A. PALMIGIANO *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus to admit petitioner to bail is denied. Pending appeals of petitioner assigned to calendar of February 1973 for hearing on the merits. *Nicholas A. Palmigiano,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.

M. P. No. 1949. *In re* PETITION OF DONALD EDWARD CHURCH. Petition for review of action of Board of Bar Examiners denying request for admission to the Bar on motion as set forth therein is assigned to calendar for February 1973 for oral argument. *Donald Edward Church,* petitioner, pro se.

Ex. No. 1663. STATE *v.* DONALD A. DREW, JR. Motion of defendant to assign for argument denied. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 1627. ALBION RAYMOND *v.* B. I. F. INDUSTRIES, INC. Motion of respondent granted and instant case consolidated for hearing with case of *B. I. F. Industries, Inc.* v. *Raymond,* No. 1810-A. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for petitioner. *Jordan, Hanson & Curran, E. Howland Bowen,* for respondent.

APPEAL No. 1702. RUTH COOLBETH *v.* ARAM K. BERBERIAN. Motion of appellant for an extension of time to December 6, 1972 in which to file his brief granted. Motion of appellee to dismiss the appeal is granted unless appellant files his brief before December 6, 1972. *John M. Roney,* Rhode Island Legal Services, Inc., for plaintiff-appellee. *Aram K. Berberian,* defendant-appellant, pro se.